IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
ENTERED
JAN 2 2 2004
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CHARLES HENRY, JR. | § | |
| | § | |
| VS. | § | CIVIL NO. G-03-149 |
| | § | |
| TETRA APPLIED TECHNOLOGIES, L.P. | § | |

## ORDER FOR SETTLEMENT CONFEREBCE

A Settlement Conference is set before Judge Samuel B. Kent on:

**JANUARY 22, 2004 at 10:00 A.M.**

**PLEASE NOTE LOCATION**



Sixth Floor Courtroom
601 Rosenberg
U. S. Post Office Building
**Galveston**, Texas 77550

      To insure full notice, each party who receives this notice shall contact all other counsel of record and/or any pro se litigants, to insure receipt of notice, and as regards any counsel or pro se litigant claiming non-receipt, the contacting attorney shall forward a copy of it to said counsel or party. A party who receives this notice and who fails to notify all other counsel or pro se litigants immediately will be subject to sanctions. **Copy of counsel's letter of transmittal of notice to other counsel or pro se litigants need not be copied to the Court or Clerk's office.**

      Each party shall appear **in person** and with the attorney of record, or with the Case Manager's permission, by an attorney with full knowledge of the case and authority to bind the client. Failure to so attend will result in sanctions. Attorneys are required to be punctual. **APPEARING LATE WILL RESULT IN SANCTIONS.**

      The **COURT** will decide all pending motions and inquire about expected motions.

_____
Samuel B. Kent
United States District Judge

January 21ST, 2004