United States Courts
Southern District of Texas
ENTERED
JAN 2 3 2004
Michael N. Milby Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CHARLES HENRY, JR. § | |
| § | |
| V. § | CIVIL ACTION NO. G-03-149 |
| § | |
| § | |
| TETRA APPLIED TECHNOLOGIES, L.P. § | |

## ORDER

On the 22nd day of January, 2004, the parties announced a complete settlement of all controversies herein existing. It is accordingly

**ORDERED, ADJUDGED** and **DECREED** that this cause is hereby **ADMINISTRATIVELY CLOSED** for a period of **thirty (30)** days. Either side may move to re-open within such time, for good cause shown.

**IT IS SO ORDERED.**

**DONE** at Galveston, Texas this the 22nd day of January, 2004.

_____
SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE