United States Courts
Southern District of Texas
ENTERED

FEB 2 4 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHARLES HENRY, JR. | § | |
| | § | C.A. NO. G-03-149 |
| VS. | § | Pursuant to Rule 9(h) of |
| | § | the Federal Rules of |
| TETRA APPLIED TECHNOLOGIES, | § | Civil Procedure - ADMIRALTY |
| L.P. | § | |

### ORDER AND FINAL JUDGMENT

On this day the Court considered the Rule 41 Joint Stipulation and Motion for Dismissal submitted by the parties and it is therefore ORDERED that all claims against the Defendants in this case are hereby Dismissed With Prejudice. Each party is to bear its own costs. THIS IS A FINAL JUDGMENT.

Signed this 23rd day of Feb, 2004.

Samuel B. Kent
United States District Judge

APPROVED AND ENTRY REQUESTED:

**MICHAEL W. HOGUE & ASSOCIATES**

_____
Michael W. Hogue, Esq.
1600 Smith Street, Suite 4545
Houston, TX 77002
713/654-5690 (Telephone)
713/652-5656 (Facsimile)
**ATTORNEY FOR PLAINTIFF
CHARLES HENRY**


**LEGGE, FARROW, KIMMITT, McGRATH & BROWN, L.L.P.**

_____
Glenn R. Legge
TBA 12171330; Fed.ID 5420
6363 Woodway, Suite 400
Houston, Texas 77057
Telephone:    (713) 917-0888
Telefax:    (713) 953-9470
**ATTORNEY-IN-CHARGE FOR DEFENDANT
TETRA APPLIED TECHNOLOGIES, L.P.**